IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HEMSLEY, | No. C 10-1841 LHK (PR) |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| MRS. CAMPOS, | |
| Defendant. | |

    Plaintiff, a state prisoner proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983.  On August 26, 2010, the Court advised Plaintiff that it was his responsibility to provide the court with information necessary to locate Defendant Campos.  In that Order, the Court directed Plaintiff to provide sufficient information to effectuate service, or face dismissal of Campos, the sole Defendant in this case, within thirty days.  *See* Fed. R. Civ. P. 4(m).  More than thirty days have passed, and Plaintiff has not provided any information regarding the location of Campos, nor has he demonstrated "good cause" for such failure.  *See Walker v. Sumner*, 14 F.3d 1415, 1421-22 (9th Cir. 1994).

    Accordingly, Campos is DISMISSED.  This action is DISMISSED without prejudice.  The Clerk shall close the file.

    IT IS SO ORDERED.

DATED:   10/7/2010

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.LHK\CR.10\Hemsley841dis4m.wpd